**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01076-CMA-MJW

GENENTECH, INC., a Delaware corporation, and
ROCHE PALO ALSO LLC, a Delaware limited liability company,

      Plaintiffs,

v.

SANDOZ INC., a Colorado corporation,,

      Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

In light of Plaintiffs' Notice of Voluntary Dismissal (Doc. # 10), and pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(i) and (B), the Court hereby

ORDERS that this cause of action is DISMISSED WITHOUT PREJUDICE.  It is

FURTHER ORDERED that the Scheduling Conference set before Magistrate

Judge Watanabe on August 24, 2011 is VACATED.

DATED:  June __21__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge